# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KESNEL SAINT FORT**, | : | **CIVIL NO. 1:18-CV-948** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN CLAIR DOLL**, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 11th day of December, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner, Kesnel Saint Fort, challenges the constitutionality of his prolonged detention by the United States Immigration and Customs Enforcement ("ICE"), and upon further consideration of respondent's suggestion of mootness indicating that petitioner was removed from the United States on December 4, 2018, see (Doc. 14), and is no longer in ICE custody, which renders the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania